**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CHAZZ HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:20-cv-02143-JTF-atc |
| v. | ) | |
| | ) | |
| BILL SPEARS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed With Prejudice in accordance with the Order Dismissing Complaint With Prejudice, Denying Leave To Amend, Denying Motions To Issue Summons, Dismissing Case, Certifying That An Appeal Would Not Be Taken In Good Faith, Notifying Plaintiff Of Appellate Filing Fee, And Recommending That This Dismissal Be Treated As A Strike Pursuant To 28 U.S.C. § 1915(g), which was entered on September 24, 2021.

**IT IS SO ORDERED**, this 27th day of September 2021.

APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

September 27, 2021
DATE

s/Kristen Polovoy
(BY) LAW CLERK